IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS, | Case No. Civ-07-02058 CW |
| Plaintiff, | **STIPULATED ORDER CONFIRMING ATTORNEY'S FEES AND COSTS** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |

The parties, through their respective counsel, hereby stipulate as follows:

On December 11, 2006, the parties entered into a Settlement Agreement establishing the terms and conditions of specific claims brought by Prison Legal News (PLN) against the California Department of Corrections and Rehabilitation (CDCR). For purposes of settlement, CDCR agreed that PLN is the prevailing party pursuant to 42 U.S.C. § 1988 and would be entitled to seek recovery of reasonable attorney's fees and costs for work done through the date of settlement, December 11, 2006. Additionally, the parties agreed that PLN has reserved its right to seek attorney's fees and costs for work performed after the date of settlement, while CDCR has reserved the right to oppose any such claim or claims.

The parties have agreed upon an amount for the reasonable attorney's fees and costs incurred through December 11, 2006. This amount covers the fees and costs associated with work done by PLN's attorneys, Rosen Bien & Galvan, LLP, during that period. Interest on these

1  undisputed fees will begin to accrue on the date of entry of the Dismissal. The interest rate shall
2  be determined by 28 U.S.C. § 1961.
3     WHEREFORE, the following sums are due and collectible within 45 days of the signing
4  of this Order:

|   | Amount | Interest Rate | Daily Interest | Date Interest Begins Accruing |
|---|---|---|---|---|
| Fees and Costs from 3/3/05 through 12/11/06 | $320,000.00 | 4.44% | $38.93 | August 22, 2007 |

8  (Interest rate equals the weekly average 1 year constant maturity treasury yield ending
9  August 17, 2007.)

11  IT IS SO ORDERED:

13  Dated: ~~August~~ Sept. 5, 2007

Claudia Wilken
United States District Judge

APPROVED AS TO FORM:

18  Dated: August 21, 2007

ROSEN, BIEN & GALVAN, LLP

By: Amy Whelan
Attorneys for Prison Legal News

22  Dated: August 23, 2007

Emily L. Brinkman
Attorney for Defendants Tilton,
Schwarzenegger, Chrones, Montes, Kernan,
Kessler, and Prunty

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Prison Legal New v. Arnold Schwarzenegger, et al.**

No.:   **C 07-2058 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 23, 2007</u>, I served the attached

**STIPULATED ORDER CONFIRMING ATTORNEY'S FEES AND COSTS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Sanford Jay Rosen
Attorney at Law
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 23, 2007**, at San Francisco, California.

|  M. Xiang  |  _/s/_  |
| :---: | :---: |
| Declarant | Signature |

20101816.wpd