IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRISON LEGAL NEWS,

    Plaintiff,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

No. C 07-02058 CW

ORDER ADMINISTRATIVELY CLOSING CASE

    On August 22, 2007, the Court granted a Stipulation and Request for Dismissal Without Prejudice and for an Order Directing the Clerk Not to Close the Case.  Pursuant to the Case Management Conference held on November 27, 2007,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  The Court shall retain jurisdiction to enforce compliance with the Settlement Agreement.

Dated:  APR 10 2008

CLAUDIA WILKEN
United States District Judge