**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PRISON LEGAL NEWS,                        No. C 07-02058 CW

12            Plaintiff,                        ORDER DENYING
                                                PLAINTIFF'S REQUEST
13        v.                                    FOR PUBLICATION

14   ARNOLD SCHWARZENEGGER, et al.,

15            Defendants.

16   _____/

17
         Plaintiff Prison Legal News has requested that the Court
18
     publish its order granting in part Plaintiff's motion for recovery
19
     of attorneys' fees.  Because Plaintiff may contact the publisher
20
     directly to request that the order be published, this request is
21
     unnecessary.  Accordingly, it is DENIED.
22
         IT IS SO ORDERED.
23

24
     Dated: 6/10/08                          _____
25
                                             CLAUDIA WILKEN
26                                           United States District Judge

27

28