**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   PRISON LEGAL NEWS,                           No. C 07-02058 CW

12            Plaintiff,                          ORDER REQUIRING
                                                  FURTHER BRIEFING
13        v.                                      ON THE COURT'S
                                                  DECISION NOT TO
14   ARNOLD SCHWARZENEGGER, et al.,               TERMINATE
                                                  JURISDICTION
15            Defendants.

16   _____/

17

18        On August 3, 2010, the mandate issued in <u>Prison Legal News v.</u>

     <u>Schwarzenegger</u>, 608 F.3d 446 (9th Cir. 2010).  The Ninth Circuit
19
     largely affirmed this Court's December 5, 2008 Order Granting in
20
     Part and Denying in Part Plaintiff's Motion for Recovery of
21
     Attorneys' Fees and Costs.  However, the Ninth Circuit could not
22
     discern from the record "[w]hether the time has come for the
23
     district court to terminate its jurisdiction."  <u>Id.</u> at 455  The
24
     Ninth Circuit noted that the "record is silent with respect to many
25
     of the state officials' obligations under the agreement and the
26
     extent to which they have been fulfilled."  <u>Id.</u>  Therefore, the
27
     Ninth Circuit vacated this Court's decision not to terminate
28

1  jurisdiction.

2      In light of the Ninth Circuit's opinion, when Defendants are

3  prepared to do so, they may file a motion to terminate jurisdiction

4  along with evidence that they have completed their obligations.

5  Plaintiff may file its response sixty days thereafter and Defendant

6  may reply thirty days later.  The Court will set a hearing if

7  necessary.  Meanwhile, the case is administratively closed.

8      IT IS SO ORDERED.

9

10  Dated: 08/04/10

11                                      CLAUDIA WILKEN
                                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2

**United States District Court**
For the Northern District of California