1  EDMUND G. BROWN JR.
   Attorney General of California
2  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
3  EMILY L. BRINKMAN
   Deputy Attorney General
4  State Bar No. 219400
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5742
6   Fax:  (415) 703-5843
    E-mail:  Emily.Brinkman@doj.ca.gov
7  *Attorneys for Defendants Schwarzenegger, Tilton,
   Prunty, Kessler, Chrones, and Montes*
8
   SANFORD J. ROSEN
9  State Bar No. 62566
   ERNEST GALVAN
10 State Bar No. 196065
   BLAKE THOMPSON
11 State Bar No. 255600
   ROSEN, BIEN & GALVAN, LLP
12  315 Montgomery Street, Tenth Floor
    San Francisco, CA  94104-1823
13  Telephone:  (415) 433-6830
    Fax:  (415) 433-7104
14 *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **PRISON LEGAL NEWS,** | C 07-2058 CW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S THIRD MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | Date:        Oct. 7, 2010 |
| Defendants. | Time:        2:00 p.m.<br>Courtroom: 2, Fourth Floor<br>Judge         The Honorable Claudia Wilken |

The hearing on Plaintiffs' third motion for attorneys' fees is set for hearing on October 7, 2010.  In an attempt to resolve the disputed issues short of Court intervention, the parties have

1

agreed to participate in mediation.  Accordingly, the parties stipulate that the October 7, 2010 hearing may be continued, and request that the Court set a new hearing date of October 21, 2010.  Defendants' opposition to Plaintiffs' motion shall be due on or before September 30, 2010, and any reply may be filed on or before October 7, 2010.

**IT IS SO STIPULATED.**

Dated:  September 9, 2010            By: */s/ Emily L. Brinkman*
                                         EMILY L. BRINKMAN
                                         Deputy Attorney General
                                         *Attorneys for Defendants*

Dated:  September 9, 2010            By: */s/ Ernest Galvan*
                                         Ernest Galvan
                                         *Attorneys for Plaintiff*

**IT IS SO ORDERED,  except that the hearing is vacated.  The motion will be decided on the papers.**

Dated:  September 13, 2010           _____
                                     THE HONORABLE CLAUDIA WILKEN
                                     United States District Judge

2

Stip. to Cont. Hr'ng Pls.' 3rd Mot. Att'ys Fees  (C 07-2058 CW)