ROSEN, BIEN & GALVAN, LLP
SANFORD JAY ROSEN – 62566
AMY WHELAN – 215675
315 Montgomery Street, Tenth Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a non-profit, Washington charitable corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, in his official capacity as Governor of the State of California and in his individual capacity; JAMES E. TILTON, in his official capacity as Secretary, California Department of Corrections and Rehabilitation (CDCR) and in his individual capacity; KINGSTON W. PRUNTY, JR., and STEVE KESSLER, in their official capacities as Undersecretaries of the CDCR and in their individual capacities; SCOTT KERNAN, in his official capacity as Chief Deputy Secretary, Division of Adult Operations (CDCR), and in his individual capacity; LEA ANN CHRONES, in her official capacity as Director of Adult Institutions (CDCR) and in her individual capacity, and; MARISELA MONTES, in her official capacity as the Chief Deputy Secretary, Division of Adult Programs (CDCR) and in her individual capacity.<br><br>Defendants. | Case No. C 07-02058<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL ATTORNEYS' FEES AND EXPENSES** |

On August 23, 2010, Plaintiffs filed a Motion for Reasonable Attorneys' Fees and Expenses Incurred on Appeal.  Defendants' opposition brief is due to be filed on September 30, 2010, and Plaintiffs' reply, if any, is due to be filed on October 7, 2010.  On September 13, 2010, the Court ordered that the motion shall be decided on the papers.  In an attempt to resolve the disputed issues short of Court intervention, the parties have agreed to participate in mediation.  Accordingly, the parties stipulate that Defendants' opposition to Plaintiffs' motion shall be filed no later than January 7, 2011, and any reply may be filed no later than January 24, 2011.

IT IS SO STIPULATED.

Dated:  September 28, 2010            ROSEN, BIEN & GALVAN, LLP

By:  */s/ Maria V. Morris*
Maria V. Morris
Attorneys for Plaintiffs

Dated:  September 27, 2010

By:  */s/ Emily Brinkman*
Emily Brinkman
Attorneys for Defendants

**IT IS SO ORDERED.**

DATED:   10/4/2010

THE HONORABLE CLAUDIA WILKEN
United States District Judge