EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN
Deputy Attorney General
State Bar No. 219400
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5742
  Fax: (415) 703-5843
  E-mail: Emily.Brinkman@doj.ca.gov
*Attorneys for Defendants Schwarzenegger, Tilton, Prunty, Kessler, Chrones, and Montes*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **PRISON LEGAL NEWS,**<br><br>               Plaintiff,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>               Defendants. | C 07-2058 CW<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>No hearing following Court's September 30, 2010 Order |

    The parties, through their counsel of record, stipulate to the following regarding Plaintiff's August 23, 2010 motion for attorneys' fees and expenses seeking $205,716.05 for work through July 31, 2010 pertaining to Defendants' appeal to the United States Court of Appeals for the Ninth Circuit in this matter, reported at 608 F.3d 446 (9th Cir. 2010):

    1.    The California Department of Corrections and Rehabilitation shall pay Prison Legal News $185,000 for all attorneys' fees and expenses claimed by the August 23, 2010 motion.

1

Stip. & [Proposed] Order Re Plaintiff's Mot. For Atty. Fees & Costs (C 07-2058 CW)

2. Payment of the settlement amount shall be made as soon reasonably possible, with interest accruing forty-five (45) days after the District Court's entry of the stipulation and order. Interest will be calculated following 28 U.S.C. § 1961, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System.

3. Plaintiff agrees to fully discharge and release all claims and causes of action, whether known or unknown, against Defendants claimed by the August 23, 2010 attorneys' fees and cost motion.

4. All further briefing for the August 23, 2010 motion is vacated.

Dated: December 20, 2010         /s/ Emily L. Brinkman

Emily L. Brinkman Deputy Attorney General for Defendants Schwarzenegger, Tilton, Prunty, Kessler, Chrones, and Montes

Dated: December 20, 2010         /s/ Sanford Jay Rosen

Sanford Jay Rosen
Attorney for Plaintiff Prison Legal News

**IT IS SO ORDERED.**

Dated: 12/22/2010

Honorable Claudia Wilken
U.S. District Court Judge

2

Stip. & [Proposed] Order Re Plaintiff's Mot. For Atty. Fees & Costs  (C 07-2058 CW)