SANFORD JAY ROSEN – 062566
ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: srosen@rbg-law.com
egalvan@rbg-law.com
bthompson@rbg-law.com

Attorneys for Plaintiff

KAMALA D. HARRIS
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
EMILY L. BRINKMAN – 219400
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5742
Facsimile: (415) 703-5843
E-mail: Emily.Brinkman@doj.ca.gov

Attorneys for Defendants Brown, Cate, Prunty, Kessler, Chrones, and Montes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRISON LEGAL NEWS,<br><br>  Plaintiff,<br><br>  v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | Case No. C 07-02058 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. Claudia Wilken |

WHEREAS, On May 14, 2012, Plaintiff filed its Motion for Reasonable Attorneys' Fees and Costs in this matter;

WHEREAS, Defendants' opposition brief is due to be filed on May 29, 2012, and Plaintiffs' reply, if any, is due to be filed on June 5, 2012;

WHEREAS, in an attempt to resolve the disputed issues short of Court intervention, the parties have agreed to a sixty-day period for negotiations before further briefing;

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree that:

1. Defendants' opposition to Plaintiffs' motion shall be filed no later than August 13, 2012;

2. Any reply by Plaintiff may be filed no later than September 6, 2012;

3. The parties request that the Court set a hearing date on the motion for September 27, 2012.

**IT IS SO STIPULATED.**

DATED:  May 25, 2012			Respectfully submitted,

					ROSEN, BIEN & GALVAN, LLP


					By:  */s/ Blake Thompson*
					       Blake Thompson

					Attorneys for Plaintiff Prison Legal News


DATED:  May 25, 2012			OFFICE OF THE ATTORNEY GENERAL


					By:  */s/ Emily Brinkman*
					       Emily Brinkman

					Attorneys for Defendants

[633900-1]

1   C 07-02058 CW
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS

1
2 **IT IS SO ORDERED.**
3
4
5  DATED: _____
   THE HONORABLE CLAUDIA WILKEN
6  United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[633900-1]

2                                                                C 07-02058 CW
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR
REASONABLE ATTORNEYS' FEES AND COSTS

1     I, Blake Thompson, hereby attest that concurrence in the filing of this document has
2 been obtained from signatory Emily Brinkman, as required by N.D. Cal. General Order
3 No. 45, section X.B.

4

5                                               */s/ Blake Thompson*
                                              Blake Thompson
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28