1  KAMALA D. HARRIS
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  JILLIAN R. WEADER, SBN 251311
   Deputy Attorney General
4    455 Golden Gate Ave., Suite 11000
     San Francisco, CA 94102-7004
5    Telephone:  (415) 703-5797
     Fax:  (415) 703-5843
6    E-mail:  Jill.Weader@doj.ca.gov
   *Attorneys for Defendants Brown, Cate, Prunty,*
7  *Kessler, Chrones, and Montes*

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10          OAKLAND DIVISION

11

12 | PRISON LEGAL NEWS,                    | C 07-2058 CW
13 |                                       |
   |                          Plaintiff,   | STIPULATION AND ~~PROPOSED~~
14 |                                       | ORDER RE SETTLEMENT OF
   |        v.                             | PLAINTIFF'S MOTION FOR
15 |                                       | ATTORNEYS' FEES AND COSTS
16 | ARNOLD SCHWARZENEGGER, et al.,        | No hearing following Court's May 30, 2012
17 |                          Defendants.  | Order

18

19         The parties, through their counsel of record, stipulate to the following regarding Plaintiff's

20 May 14, 2012 Motion for Attorneys' Fees and Costs, in which Plaintiff seeks $328,697.33, for

21 work performed from October 15, 2008, to April 30, 2012:

22         1.  The California Department of Corrections and Rehabilitation shall pay Prison Legal

23 News $292,500, for all attorneys' fees, costs, and expenses claimed by the May 14, 2012 Motion.

24         2.  Payment of the settlement amount shall be made as soon as reasonably possible, with

25 interest accruing forty-five (45) days after the District Court's entry of the Stipulation and Order.

26 Interest will be calculated according to 28 U.S.C. § 1961.

27

28

                                      1

1    3.  Plaintiff agrees to fully discharge and release all claims and causes of action, whether

2  known or unknown, against Defendants claimed by the May 14, 2012 Motion for Attorneys' Fees

3  and Costs.

4    4.  The briefing schedule stipulated to and approved by the Court for the May 14, 2012

5  Motion is vacated.

6

      **IT IS SO STIPULATED.**

7

8  DATED:  July 16, 2012          Respectfully submitted,

9                                 ROSEN, BIEN & GALVAN, LLP

10

11                               By:  */s/ Sanford J. Rosen*

12                                     Sanford J. Rosen

13                               Attorneys for Plaintiff Prison Legal News

14

15  DATED:  July 16, 2012          OFFICE OF THE ATTORNEY GENERAL

16

17                               By:  */s/ Jillian R. Weader*

18                                     Jillian R. Weader

19                               Attorneys for Defendants

20

21

22  IT IS HEREBY ORDERED that the amount set forth above is due and collectable as of

23  forty-five (45) days from the date of entry of this Order.  Interest on this amount will run

24  from the date of this Order, accruing at the rate provided by 28 U.S.C. § 1961.

25

26  DATED:  7/18/2012

                                 THE HONORABLE CLAUDIA WILKEN

27                               United States District Judge

28

                                      2

1

2          I, Jillian R. Weader, hereby attest that concurrence in the filing of this document

3    has been obtained from signatory Sanford Rosen, as required by N.D. Cal. General Order

4    No. 45, section X.B.

5

6                                              */s/ Jillian R. Weader*
                                              Jillian R. Weader

7

8

9    SF2005200732
     20625781.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              3