KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
JILLIAN R. WEADER, SBN 251311
Deputy Attorney General
 455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5797
 Fax: (415) 703-5843
 E-mail: Jill.Weader@doj.ca.gov
*Attorneys for Defendants Brown, Cate, Prunty, Kessler, Chrones, and Montes*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **PRISON LEGAL NEWS,**<br><br>Plaintiff,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | C 07-2058 CW<br><br>**NOTICE OF UNAVAILABILITY OF DEFENDANTS' COUNSEL** |

TO THE CLERK OF THE COURT AND PLAINTIFF PRISON LEGAL NEWS:

Please be advised that Deputy Attorney General Jillian R. Weader, counsel for Defendants, will be unavailable from December 24, 2012, through January 1, 2013. Defendants' counsel respectfully requests that no formal court matters (including discovery, hearings, motions, conference calls, or other related matters) be set or heard during the above-mentioned period, or

///

///

///

///

1

1 | immediately thereafter, so as to preclude adequate preparation.

Dated:  December 21, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General

 /s/ Jillian R. Weader

JILLIAN R. WEADER
Deputy Attorney General
*Attorneys for Defendants Brown, Cate, Prunty, Kessler, Chrones, and Montes*

SF2005200732
20659556.doc

2

Not. Unavailability Defs.' Counsel (C 07-2058 CW)